# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2017

### NO. 03-16-00806-CV

**Roger Bruce Martin, Appellant**

**v.**

**Debra Beal Martin, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.